UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 23-2579 MWF (JCx)** | Date: May 22, 2023 |
| Title | **Superama Corporation, Inc. v. Tokyo Broadcasting System Television, Inc., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD**, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Notice of Removal was filed on April 5, 2023 BY Defendant Tokyo Broadcasting System Television, Inc. (the "Removing Defendant"). (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 81(c)(2), Removing Defendant's time to respond to the Complaint was the later of 21 days after receiving the initial pleading, or 7 days after the notice of removal was filed.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **JUNE 2, 2023**.

- ■ BY REMOVING DEFENDANT:  RESPONSE TO THE COMPLAINT. The parties may also file an appropriate stipulation to extend the time within which Removing Defendant must respond to the Complaint.

    OR

- ■ BY PLAINTIFF:  APPLICATION FOR CLERK TO ENTER DEFAULT.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 23-2579 MWF (JCx)**                                             Date:  May 22, 2023

Title      **Superama Corporation, Inc. v. Tokyo Broadcasting System Television, Inc., et al.**

respond to the Order to Show Cause by **JUNE 2, 2023** will result in the dismissal of this action.

   IT IS SO ORDERED.

                          Initials of Preparer:  RS/sjm